# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

IN RE: **Russell Deutsch**  CASE NO
**Lynn C. Deutsch**

CHAPTER 7

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  08/26/2009              Signature  /s/ Russell Deutsch
                                         *Russell Deutsch*

Date  08/26/2009              Signature  /s/ Lynn C. Deutsch
                                         *Lynn C. Deutsch*

ADP
277 ADP SBS Northern California
1851 N. Resler Drive
El Paso, TX 79912


American Express
P.O. Box 6616
Omaha, NE 68105-0618


AT&T Business Service
PO Box 78230
San Francisco, CA 94107


Atty Gen, US Dept of Justice
Civil Trial Sec., Western Reg.
PO Box 683, Ben Franklin Stat.
Washington, DC 20044


CBA
P.O. box 5013
Hayward, CA  94540


ChexSystems
Consumer Relations
7805 Hudson Road, Suite 100
Woodbury, MN 55125


Citi Cards
PO Box 6007
Sioux Falls, SD 57117


CitiBank NA
P.O. Box 790110
St. Louis, MO 63179


Coddington, Hicks  & Danforth
555 Twin Dolphin Drive, Ste. 300
Redwood Shores
Redwood City, CA  94065-2133

Coface Collections
P.O. Box 8510
Metairie, LA 70011-8510

Credit Protection Association
13355 Noel Rd.
Dallas, TX 75240

Ecolab Inc.
P.O. Box 100512
Pasadena, CA  91189-0512

Edward Rounds
P.O. Box 372
Woodacre, CA  94973

First Choice Collections
P.O. Box 6094
Manchester, NH 03108

Franchise Tax Board
P.O. Box 2952
Sacramento, CA  95812

Green Oasis LLC
P.O. Box 13
Redwood City, CA  94064

Hue and Cry
P.O. Box 548
Anderson, CA  96007

Internal Revenue Service
Insolvency, Mail Stop 1400S
1301 Clay Street
Oakland, CA 94612-5210

Internal Revenue Service
Insolvency Section
PO Box 21126, Stop N781
Philadelphia, PA 19114


Kevin Block, Esq.
Block & Devincenzi
1580 First St.
Napa, CA  94559


Littler Mendelson P.C.
650 California Street
20th Floor
San Francisco, CA  94108-2693


Map West
165 Jefferson St. Suite 2F
San Francisco, CA  94133


Mechanics Bank
2200 MacDonald Ave
Richmond, CA  94801


Mission Linen Supply
7524 Reese Rd.
Sacramento, CA  95828


Napa Fire Equipment
520 California Blvd. Suite 5
Napa, CA  94559


Napa Recycling & Waste
P.O. Box 239
Napa, CA 94559


Napa Valley Publishing
P.O. Box 150
Napa, CA  94559

Napa Water
955 School St.
Napa, CA  94559


National Commerical Srvcs, Inc.
8619 Reseda Blvd., Suite 205
Northridge, CA  91324


North Shore Agency
P.O. box 8922
Westbury, NY  111590


Old Port Lobster Shack
P.O. Box 5628
Redwood City, CA  94063


R.W.C. Regal Wine Co.
File No. 72956
P.O. Box 60000
San Francisco, CA  94160


Richard Tom
239 Sequoia Ave.
Redwood City, CA  94061


Russell Kassman
528 Seacliff Place
Richmond, CA  94901-4124


Sunset scavenger Co.
250 Executive Park Blvd.
Suite 2100
San Francisco, CA  94134


Tax Collector
Napa County
1195 Third St. Room 108
Napa, CA 94559-3050

Telecom Consultants
745 E. Locust Ave. Suite 109
Fresno, CA 93720


Tom's Investment Properties Inc.
239 Sequoia Ave.
Redwood City, CA  94061


Treasurer
City & County of San Francisco
P.O. Box 7426
San Francisco, CA  94120


US Atty, Chief Tax Division
450 Golden Gate Ave.
10th Floor, Box 36055
San Francisco, CA 94102


US Bank
PO Box 108
St. Louis, MO 63179-0409


VDA
43525 Ridge Park Drive Suite 300
Temecula, CA 92590


Well Fargo
Business direct
MAC U1851-014
P.O. Box 7666
Boise, ID  83707

Wells Fargo Bank
3300 W. Sahara Ave
Las Vegas, NV 89102


Wells Fargo HM Mortgage
8480 StageCoach Cir
Frederick, MD 21701

Western Exterminator Co.
P.O. Box 1181
Santa Ana, CA 92711