UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re RUSSELL DEUTSCH dba OLD PORT LOBSTER CO., INC. fdba THE LOBSTER SHACK, INC. fdba D B PRODUCTS, INC. and LYNN C. DEUTSCH,<br><br>Debtors. | Case No. 09-32528 TEC<br>Chapter 7 |

## NOTICE OF PRIVATE SALE OF INTANGIBLE ASSETS

TO CREDITORS, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE THAT** Andrea A. Wirum, Trustee in Bankruptcy of the estate of the above Debtors, has entered into an agreement to sell to the Debtors all of the estate's right, title, and interest in shares in the corporation known as Old Port Lobster Company, Inc., dba the Old Port Lobster Shack and the rights to collect certain sums owed to the Debtors by Old Port Lobster Company.

The Debtors valued the shares in Old Port Lobster Company at $0. They disclosed notes receivable from the Old Port Lobster Company in the aggregate amount of $40,000. Furthermore, they claimed an exemption of $21,725 in the notes receivable under Section 703.140(b)(5) of the California Code of Civil Procedure.

The Debtors have offered $20,000 for purchase of the shares (or release of the bankruptcy estate's interest in them) and the notes. The Trustee determined in the exercise of her business judgment that the consideration is fair and has accepted the offer subject to Bankruptcy Court approval.

The Old Port Lobster Company operates a restaurant called the Old Port Lobster Shack in Redwood City, California. Debtor Russell Deutsch is the driving force behind the restaurant. The Trustee is aware that the Old Port Lobster Company has significant debt. Accordingly, an analysis of its financial condition at this time might lead to the conclusion that the shareholders' equity in the corporation is negative at this time.

Among the debts owed by the Old Port Lobster Company is the $40,000 owed to the Debtors individually based on Russell Deutsch's agreement to defer salary in exchange for promissory notes. The Trustee believes that aggressive efforts to collect on the notes are unlikely to be successful. Furthermore, with the valid claim of exemption of $21,725 in the note obligation, it is possible that the estate would not realize any cash from such an effort.

The Debtors will claim no exemption in the $20,000 consideration for the shares and note obligations.

**PLEASE TAKE FURTHER NOTICE THAT** anyone who wishes to object to the proposed sale must do so in conformity with Bankruptcy Local Rule 9014-1 for the Northern District of California. Rule 9014-1 requires an objecting party to file a written objection with the Clerk, United States Bankruptcy Court, P.O. Box 7341, San Francisco, CA 94120, and to serve a copy on counsel for the Trustee at the address noted below **no later than 21 days** from the date of this notice. Rule 9014-1 also requires an objecting party to file and serve with its objection any legal memorandum and evidence (submitted by declaration) which it wants the Court to consider in support of its objection. If an objection is timely filed and served, the Trustee will obtain a hearing date and time and will provide the objecting party with at least seven days notice of the hearing. If no objection is timely filed and served, the Trustee will request entry of an order authorizing the sale without an actual hearing.

**PLEASE TAKE FURTHER NOTICE THAT** as of January 1, 2005, electronic filing became mandatory in the United States Bankruptcy Court for the Northern District of California. Those persons who may wish to object but are not qualified to file documents electronically with the Bankruptcy Court should check the Bankruptcy Court's website (www.canb.uscourts.gov) for guidance.

DATED: March 22, 2010         LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Charles P. Maher
Charles P. Maher
Counsel for Andrea A. Wirum, Trustee

Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105
Telephone: (415) 356-4600
Facsimile: (415) 356-4610
E-mail: cmaher@luce.com

301167251.1