Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Andrea A. Wirum
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re RUSSELL DEUTSCH dba OLD PORT LOBSTER CO., INC. fdba THE LOBSTER SHACK, INC. fdba D B PRODUCTS, INC. and LYNN C. DEUTSCH,<br><br>Debtors. | Case No. 09-32528 TEC<br>Chapter 7 |

**CERTIFICATE OF SERVICE BY MAIL**

I, Nelly M. Quintanilla, declare that:

1. I am employed in the City and County of San Francisco, California. My business address is 121 Spear Street, Ste. 200, San Francisco, California 94105. I am over the age of 18 years and not a party to the above-entitled action. I work in the office of a member of the bar of this Court, at whose direction the service was made.

2. I am familiar with Luce, Forward, Hamilton & Scripps, LLP's, practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

/ / /

/ / /

3. On this date, I served the following document:

**Notice of Private Sale of Intangible Assets**

by placing a true copy thereof enclosed in a sealed envelope, postage thereon fully prepaid, in the designated area for outgoing mail at San Francisco, California, which envelopes were addressed to the following persons:

**SEE ATTACHED LIST**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on March 22, 2010, in San Francisco, California.

*/s/ Nelly M. Quintanilla*
―――――――――――――――――
Nelly M. Quintanilla

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 09-32528<br>Northern District of California<br>San Francisco<br>Mon Mar 22 12:14:27 PDT 2010 | (c)ADP<br>277 ADP SBS NORTHERN CALIFORNIA<br>1851 NORTHWESTERN DR<br>EL PASO TX 79912-1123 | AT&T Business Service<br>PO Box 78230<br>San Francisco, CA 94107-8230 |
| American Express<br>P.O. Box 6616<br>Omaha, NE 68106-0616 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| American Infosource Lp As Agent for<br>Asta-Vativ<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Atty Gen, US Dept of Justice<br>Civil Trial Sec., Western Reg.<br>PO Box 683, Ben Franklin Stat.<br>Washington, DC 20044-0683 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | CBA<br>P.O. box 5013<br>Hayward, CA 94540-5013 | ChexSystems<br>Consumer Relations<br>7805 Hudson Road, Suite 100<br>Woodbury, MN 55125-1595 |
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacrament, CA 94230 | Citi Cards<br>PO Box 6007<br>Sioux Falls, SD 57117 | CitiBank NA<br>P.O. Box 790110<br>St. Louis, MO 63179-0110 |
| Coddington, Hicks & Danforth<br>555 Twin Dolphin Drive, Ste. 300<br>Redwood Shores<br>Redwood City, CA 94065-2133 | Coface Collections<br>P.O. Box 8510<br>Metairie, LA 70011-8510 | Credit Protection Association<br>13355 Noel Rd.<br>Dallas, TX 75240-6602 |
| Lynn C. Deutsch<br>P.O. Box 5628<br>Redwood City, CA 94063-0628 | Russell Deutsch<br>P.O. Box 5628<br>Redwood City, CA 94063-0628 | Ecolab Inc.<br>P.O. Box 100512<br>Pasadena, CA 91189-0003 |
| Edward Rounds<br>P.O. Box 372<br>Woodacre, CA 94973-0372 | Michael Faulknor<br>Forrest Faulknor and Son | First Choice Collections<br>P.O. Box 6094<br>Manchester, NH 03108-6094 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Green Oasis LLC<br>P.O. Box 13<br>Redwood City, CA 94064-0013 | Hue and Cry<br>P.O. Box 548<br>Anderson, CA 96007-0548 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Katherine L. Johnson<br>Pite Duncan, LLP<br>4375 Jutland Dr. #200<br>P.O.Box 17933<br>San Diego, CA 92177-7921 | Russell Kassman<br>c/o Peter Califano<br>201 California Street, 17th Flr.<br>San Francisco, CA 94111-5019 |

| | | |
|---|---|---|
| Kevin Block, Esq.<br>Block & Devincenzi<br>1580 First St.<br>Napa, CA 94559-2841 | Littler Mendelson P.C.<br>650 California Street<br>20th Floor<br>San Francisco, CA 94108-2693 | Charles P. Maher<br>Luce, Forward, Hamilton and Scripps<br>121 Spear St. #200<br>San Francisco, CA 94105-1582 |
| Map West<br>165 Jefferson St. Suite 2F<br>San Francisco, CA 94133-1236 | Mechanics Bank<br>2200 MacDonald Ave<br>Richmond, CA 94801-3313 | Renee C. Mendoza<br>Moran Law Group, Inc.<br>1674 N Shoreline Blvd. #140<br>Mountain View, CA 94043-1375 |
| Mission Linen Supply<br>7524 Reese Rd.<br>Sacramento, CA 95828-3707 | Cathleen Cooper Moran<br>Moran Law Group, Inc.<br>1674 N Shoreline Blvd. #140<br>Mountain View, CA 94043-1375 | Napa County Tax Collector<br>Napa County central Collections<br>1195 Third Street, Suite 108<br>Napa, CA 94559-3035 |
| Napa Depot Properties<br>c/o Peter Califano<br>201 California Street, 17th Flr.<br>San Francisco, CA 94111-5019 | Napa Fire Equipment<br>520 California Blvd. Suite 5<br>Napa, CA 94559-3160 | Napa Recycling & Waste<br>P.O. Box 239<br>Napa, CA 94559-0239 |
| Napa Valley Publishing<br>P.O. Box 150<br>Napa, CA 94559-0050 | Napa Water<br>955 School St.<br>Napa, CA 94559-2825 | National Commerical Srvcs, Inc.<br>8619 Reseda Blvd., Suite 205<br>Northridge, CA 91324-4074 |
| North Shore Agency<br>P.O. box 8922<br>Westbury, NY 11590-8922 | Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee<br>235 Pine St<br>Suite 700<br>San Francisco, CA 94104-2736 | Old Port Lobster Shack<br>P.O. Box 5628<br>Redwood City, CA 94063-0628 |
| R.W.C. Regal Wine Co.<br>File No. 72956<br>P.O. Box 60000<br>San Francisco, CA 94160-0001 | Richard Tom<br>239 Sequoia Ave.<br>Redwood City, CA 94061-3424 | Russell Kassman<br>528 Seacliff Place<br>Richmond, CA 94801-4124 |
| Russell Kassman and Napa Depot Properties, L<br>c/o Peter C. Califano, Esq.<br>Cooper, White & Cooper LLP<br>201 California Street, 17th Floor<br>San Francisco, CA 94111-5019 | Sunset scavenger Co.<br>250 Executive Park Blvd.<br>Suite 2100<br>San Francisco, CA 94134-3306 | Tax Collector<br>Napa County<br>1195 Third St. Room 108<br>Napa, CA 94559-3035 |
| Telecom Consultants<br>745 E. Locust Ave. Suite 109<br>Fresno, CA 93720-3000 | Tom's Investment Properties Inc.<br>239 Sequoia Ave.<br>Redwood City, CA 94061-3424 | Treasurer<br>City & County of San Francisco<br>P.O. Box 7426<br>San Francisco, CA 94120-7426 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Atty, Chief Tax Division<br>450 Golden Gate Ave.<br>10th Floor, Box 36055<br>San Francisco, CA 94102-3661 |

| | | |
|---|---|---|
| VDA<br>43525 Ridge Park Drive Suite 300<br>Temecula, CA 92590-3682 | Gilbert B. Weisman<br>Becket and Lee<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Well Fargo<br>Business direct<br>MAC U1851-014<br>P.O. Box 7666<br>Boise, ID 83707-1666 |
| Wells Fargo Bank<br>3300 W. Sahara Ave<br>Las Vegas, NV 89102-3220 | Wells Fargo HM Mortgage<br>8480 StageCoach Cir<br>Frederick, MD 21701-4747 | Wells Fargo Home Mortgage, Inc.<br>c./o Pite Duncan, LLP suite 200<br>4375Jutland drive<br>San Diego, ca 92117-3600 |
| Western Exterminator Co.<br>P.O. Box 1181<br>Santa Ana, CA 92702-1181 | Andrea A. Wirum<br>P.O. Box 1108<br>Lafayette, CA 94549-1108 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency Section<br>PO Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Insolvency, Mail Stop 1400S<br>1301 Clay Street<br>Oakland, CA 94612-5210 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 |
| (d)US Bank<br>PO Box 108<br>St. Louis, MO 63179-0409 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

ADP
277 ADP SBS Northern California
1851 N. Resler Drive
El Paso, TX 79912

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (u)Thomas E. Carlson<br>San Francisco | End of Label Matrix<br>Mailable recipients 67<br>Bypassed recipients 2<br>Total 69 |