Signed and Filed: April 21, 2010

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge
_____

Charles P. Maher, CSBN 124748
LUCE, FORWARD, HAMILTON
    & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Andrea A. Wirum
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re RUSSELL DEUTSCH dba OLD PORT LOBSTER CO., INC. fdba THE LOBSTER SHACK, INC. fdba D B PRODUCTS, INC. and LYNN C. DEUTSCH,<br><br>           Debtors. | Case No. 09-32528 TEC<br>Chapter 7 |

## ORDER AUTHORIZING SALE OF ASSETS

Based on the Trustee's request and the supporting declaration of counsel, and it appearing from those documents that notice has been adequate, that no objections have been filed or served, and that good cause exists, it is

ORDERED as follows:

1. The Trustee is authorized to sell to the Debtors or their designee for $20,000 cash all of the estate's right, title, and interest in shares or other equity in Old Port Lobster Company, Inc., dba the Old Port Lobster Shack and the rights of the estate to collect from Old Port Lobster Company, Inc., sums owed to the Debtors or their estate as disclosed in their Schedule B.

2. The Trustee is authorized to take those steps she deems necessary to complete the sale in conformity with her March 22, 2010, notice to creditors.

*END OF ORDER*